**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EMMETT W. CALDWELL, DANIEL RICE, MICHAEL LEONARD, JAMES BRUNO, on behalf of themselves and others similarly situated, : : : : : | |
| Plaintiffs, : : : | Case No.: 1:20-cv-1090-VSB |
| v. : : : | |
| THE ROMAN CATHOLIC ARCHDIOCESE OF NEW YORK, THE ROMAN CATHOLIC DIOCESE OF BROOKLYN, and THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, : : : : : | |
| Defendants. : | |

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE, that upon the accompanying memorandum of law and the Declaration of Bettina B. Plevan dated March 30, 2020, including the exhibits annexed thereto, Defendants the Archdiocese of New York, and The Roman Catholic Diocese of Brooklyn, New York (the "Brooklyn Diocese"), by their respective attorneys, Proskauer Rose LLP and Kelley Drye & Warren LLP, will move this Court before the Honorable Vernon S. Broderick, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, 10007, for an Order dismissing Plaintiffs' Complaint, with prejudice, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure.

Dated:  March 30, 2020
        New York, New York

2

| **PROSKAUER ROSE LLP** | **KELLEY DRYE & WARREN LLP** |
|---|---|
| By: */s/ Bettina B. Plevan* | By: */s/ John M. Callagy* |
| Bettina B. Plevan | John M. Callagy |
| Margaret A. Dale | Michael C. Lynch |
| Edna D. Guerrasio | Randall L. Morrison, Jr. |
| Eleven Times Square | 101 Park Avenue |
| New York, New York 10036 | New York, New York 10178 |
| Tel. No.: (212) 969-3000 | Tel. No.: (212) 808-7544 |
| bplevan@proskauer.com | jcallagy@kelleydrye.com |
| mdale@prosauer.com | mlynch@kelleydrye.com |
| eguerrasio@proskauer.com | rmorrison@kelleydrye.com |
| *Attorneys for Defendant* | *Attorneys for Defendant The Roman Catholic* |
| *The Archdiocese of New York* | *Diocese of Brooklyn, New York* |