UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :
EMMETT W. CALDWELL, et al.,              :

                        Plaintiffs,    :
                                                  :         20-CV-1090 (VSB)
          -against-                          :
                                                  :         **ORDER**
THE ROMAN CATHOLIC ARCHDIOCESE :
OF NEW YORK, et al.,                    :

                        Defendants.  :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2020

VERNON S. BRODERICK, United States District Judge:

       On March 30, 2020, Defendants The Roman Catholic Archdiocese of New York and The Roman Catholic Diocese of Brooklyn filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) and 9(b). (Doc. 9.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

       ORDERED that Plaintiffs shall file any amended complaint by April 20, 2020. It is unlikely that Plaintiffs will have a further opportunity to amend.

       IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiffs shall serve any opposition to the motion to dismiss by April 30, 2020. Defendants' reply, if any, shall be served by May 14, 2020. At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

IT IS FURTHER ORDERED that Defendants shall serve a copy of this Order on Plaintiffs' counsel.

SO ORDERED.

Dated: April 1, 2020
New York, New York

Vernon S. Broderick
United States District Judge