# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
HOUSTON, TX
LOS ANGELES, CA
SAN DIEGO, CA
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897

www.kelleydrye.com

JOHN M. CALLAGY

DIRECT LINE: (212) 808-7718

EMAIL: jcallagy@kelleydrye.com

April 29, 2020

**BY EFILE**

The Honorable Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    Caldwell et al. v. The Roman Catholic Archdiocese of New York, et al., Docket No. 1:20-cv-1090-VSB

Dear Judge Broderick:

    We represent defendant the Brooklyn Diocese in the referenced matter. Pursuant to Section 4.I of Your Honor's Individual Rules and Practices in Civil Cases, we write on behalf of all parties to request that Your Honor "so-order" the parties' stipulation and proposed order (the "Stipulation") setting forth a briefing schedule on defendants' anticipated motion to dismiss plaintiffs' amended complaint. In accordance with the Court's ECF Rules & Instructions, the Stipulation has been electronically filed as ECF Docket No. 20.

    Respectfully,

    */s/ John M. Callagy*

    John M. Callagy

cc: Counsel for all parties (via ECF)