**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

EMMETT CALDWELL, DANIEL RICE,
MICHAEL LEONARD, JAMES BRUNO,
on behalf of themselves and others similarly
situated,

                        Plaintiffs,

     -against-                                   20 **CIVIL** 1090 (VSB)

# **JUDGMENT**

THE ARCHDIOCESE OF NEW YORK and
THE ROMAN CATHOLIC DIOCESE OF
BROOKLYN,

                        Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 21, 2021, Defendants' motion to dismiss Plaintiffs' Amended Complaint was granted and Plaintiffs were granted thirty days to file a Second Amended Complaint. (Doc. 32.) The Court is in receipt of Plaintiffs' June 17, 2021 letter informing that they do not intend to file a Second Amended Complaint but will rest on their existing pleading. (Doc. 34.) Accordingly, this case is closed.

**Dated:** New York, New York

      June 22, 2021

                                                         **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                            **BY:**    *K. Mango*

                                                          **Deputy Clerk**